**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 22, 2026

Nathan Ochsner, Clerk

In     Donnata Evan Ford
Re:    Debtor

Case No.: 26–30954

Chapter:  13

## ORDER RESETTING DISMISSAL

The chapter 13 trustee's motion to dismiss is continued until **6/25/26** at **10:00 AM.**

Signed and Entered on Docket: 5/22/26

Alfredo R Pérez
United States Bankruptcy Judge